## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  
    Tara L Collins

    Debtor(s)

Case No. 16-12415

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/12/2016.

2) The plan was confirmed on 08/12/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/27/2018.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,430.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,048.88 |
| Less amount refunded to debtor | $385.61 |

**NET RECEIPTS:** $10,663.27

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,610.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $569.30 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,179.30

Attorney fees paid and disclosed by debtor: $490.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADTALEM GLOBAL EDUCATION | Unsecured | 920.00 | 915.49 | 915.49 | 0.00 | 0.00 |
| AMITA HEALTH ADVENTIST MEDIC/ | Unsecured | 250.00 | 2,480.84 | 2,480.84 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC | Unsecured | NA | 1,167.52 | 1,167.52 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | NA | 848.71 | 848.71 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 910.00 | 901.29 | 901.29 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES | Unsecured | NA | 720.00 | 720.00 | 0.00 | 0.00 |
| HOME AT FIVE | Unsecured | 310.00 | 343.73 | 343.73 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 520.00 | 521.12 | 521.12 | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 536.00 | 818.11 | 818.11 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,000.00 | 15,151.50 | 15,151.50 | 7,483.97 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,836.34 | 3,836.34 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 870.00 | 870.80 | 870.80 | 0.00 | 0.00 |
| MFG FINANCIAL | Unsecured | 2,740.00 | 23,360.00 | 23,360.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT FO | Unsecured | NA | 551.19 | 551.19 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 19,500.00 | 19,427.60 | 19,427.60 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 130.00 | 129.27 | 129.27 | 0.00 | 0.00 |
| HEIGHTS FINANCE CORPORATION | Unsecured | 3,050.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE COMPA | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOCIATES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ACCEPTANCE NOW | Unsecured | 7,100.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH PARTNERS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH PARTNERS/CRI | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ASURION INSURANCE/TRS RECOVEI | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK/PORTFOLIO REC | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SIRIUS XM RADIO INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SWETHA DUGGIRALA DDS | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| WAYPOINT HOMES CHICAGO/HUNTI | Unsecured | 8,330.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| WOMEN FIRST OBSTETRICS/MERCH. | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| ZEIGLER CHRYSLER | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MK ORTHOPAEDICS SURGERY | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN COLLEGE/PARTNE | Unsecured | 880.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCIAL COMPANY | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| RENUKA BHATT MD | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| ROCKDALE POLICE DEPT/NORTHWE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS EMERGENCY MEDICAL SPE | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY/STATE OF ILLIN( | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY/ARI | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| LANCE SKINKYS DDS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,350.00 | 1,328.88 | 1,328.88 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,151.50 | $7,483.97 | $0.00 |
| **TOTAL PRIORITY:** | **$15,151.50** | **$7,483.97** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$58,220.89** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,179.30 |
| Disbursements to Creditors | $7,483.97 |
| **TOTAL DISBURSEMENTS** : | **$10,663.27** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/27/2018          By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**